

# Fourth Court of Appeals
## San Antonio, Texas

May 11, 2016

No. 04-16-00299-CR

**IN RE STATE OF TEXAS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice

On May 11, 2016, relator filed a petition for writ of prohibition and mandamus, and an emergency motion for temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court no later than May 26, 2016.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for emergency relief is GRANTED. The trial court's order of April 22, 2016, requiring the grand jury be assembled on May 12, 2016 is STAYED pending final resolution of the petition filed in this court.

It is so **ORDERED** on May 11, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 13197CR, styled *The State of Texas v. Nina Gonzalez*, pending in the 83rd Judicial District Court, Val Verde County, Texas, the Honorable Robert Cadena presiding.